| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>SARGUS, JR., EDMUND A. | 2. Court or Organization<br><br>Southern District of Ohio | 3. Date of Report<br><br>05/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>85 Marconi Blvd.<br>Room 301<br>Columbus, OH 43215 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | [ ............... ] - teaching |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 20 A 10: 01 FINANCIAL DISCLOSURE OFFICE

Sargus Jr., Edmund A.

| Name of Person Reporting | Date of Report |
|---|---|
| SARGUS, JR., EDMUND A. | 05/14-2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours. not spouse's) |
|---|---|---|---|
| 1 | 2009 | Teaching position | $26,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | |
|---|---|---|---|
| 1. | 2009 | Common Pleas Judges - Belmont County, Ohio - salary | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | April 2 - 4. 2009 | Phoenix, AZ | Spring CLE Meeting (teach) | transporation, meals. hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARGUS, JR., EDMUND A. | 05/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Mastercard | Credit Card | K |
| 2. | Discover Card | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARGUS, JR., EDMUND A. | 05/14/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Huntington Bank (which pur. UNIZ Bank, 2006: stock swap)com. | D | Dividend | M | T | | | | | |
| 2. First Merit Bank - com. | D | Dividend | M | T | Sold (part) | 06/11/09 | J | D | Open market |
| 3. | | | | | Sold (part) | 11/02/09 | J | D | Open market |
| 4. NiSourse, Inc. (formerly Northern Indiana Public Serv.-com. | B | Dividend | K | T | | | | | |
| 5. Nuveen Municipal Value Fund - com. | A | Dividend | J | T | | | | | |
| 6. Columbus National Bank - bank deposit | A | Interest | J | T | | | | | |
| 7. U.S. Government Bonds | B | Interest | J | T | | | | | |
| 8. Putnam Managed Mutual Fund - com. | A | Interest | J | T | | | | | |
| 9. AIM Funds (Constellation & Weingarten) mutual fund | A | Dividend | J | T | Sold (part) | 09/01/09 | J | B | Open market |
| 10. Timken Co. - com. | A | Dividend | J | T | | | | | |
| 11. Citigroup (formerly Citicorp) - com. | A | Dividend | K | T | | | | | |
| 12. Bell South - com. | A | Dividend | | | Sold | 01/02/09 | J | B | Open market |
| 13. PPG Industries - com | A | Dividend | J | T | | | | | |
| 14. Disney - com. | A | Dividend | J | T | | | | | |
| 15. Westbanco Co. (was formerly American Bank Corp.) | B | Dividend | L | T | | | | | |
| 16. Nuveen Municipal Value Fund - com. | A | Dividend | J | T | | | | | |
| 17. National City Bank - bank deposit | A | Interest | J | T | | | | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
   (See Column C2)     U =Book Value     V =Other     W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Reserve Fund - money market | B | Interest | J | T | | | | | |
| 19. Tire America - Limited part. int. | A | Distribution | J | T | | | | | |
| 20. Northwest Mutual Life Ins. whole life policies | A | Interest | J | T | | | | | |
| 21. Huntington National Bank - bank deposit | A | Interest | J | T | | | | | |
| 22. Western Investment Real Estate Fund - comm. | A | Dividend | J | T | | | | | |
| 23. Corning, Inc. | A | Dividend | K | T | | | | | |
| 24. America Online - com. | A | Dividend | J | T | | | | | |
| 25. America Online - com. | A | Dividend | J | T | | | | | |
| 26. Home Depot - com. | A | Dividend | | | Sold | 03/02/09 | J | B | Open market |
| 27. Pimco Mutual Fund C Innovative | A | Dividend | J | T | | | | | |
| 28. Pimco Mutual Fund C Innovative | A | Dividend | J | T | | | | | |
| 29. Pimco Mutual Fund C Innovative | A | Dividend | J | T | | | | | |
| 30. Massachusetts Inv. Growth Stock Class B | A | Dividend | J | T | | | | | |
| 31. Nuveen Tax Advantage Total Return Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARGUS, JR., EDMUND A. | 05/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353. and Judicial Conference regulations.

Signature  5 - 14 - 2010

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544